UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST HEALTH CARE INC., et al.,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., Secretary of
Health and Human Services,

Defendant.

Civil Action No. 25-2002 (RDM)

**JOINT STATUS REPORT**

By and through undersigned counsel, the parties respectfully submit the following Joint Status Report pursuant to the Court's March 27, 2026 Order:

1. Plaintiffs filed the Complaint in this matter on June 26, 2025, seeking judicial review of certain determinations by the Department of Health and Human Services concerning capital disproportionate share adjustments under the Medicare Act. *See generally* Compl. ¶¶ 6–9. On September 2, 2025, the parties jointly filed, and the Court entered, a stipulation of partial dismissal with respect to a portion of the claims alleged in the Complaint. *See* ECF No. 12; Minute Order (Sept. 4, 2025). The Court thereafter granted Defendant's Consent Motion to stay this matter pending the parties' settlement negotiations. *See* ECF No. 15; Min. Order (Mar. 27, 2026).

2. Since that time, the parties' settlement negotiations have progressed. The parties continue to believe that some or all of the remaining disputed issues may potentially be resolved via settlement. To avoid incurring attorney's fees on further briefing prior to attempting to negotiate a resolution to this action, the parties propose that the Court maintain the current stay of this litigation for an additional ninety days as the parties explore a potential settlement of Plaintiffs'

claims. The parties therefore request that the Court set a further joint status report deadline of September 28, 2026.

3.      Should the parties resolve this matter or find that further settlement discussions would not be beneficial, the parties shall promptly notify the Court.


Dated: June 29, 2026                      Respectfully submitted,
          Washington, DC
                                          JEANINE FERRIS PIRRO
                                          United States Attorney


                                          By: */s/  Tabitha Bartholomew*
                                              TABITHA BARTHOLOMEW
                                              D.C. Bar # 1044448
                                              Assistant United States Attorney
                                              601 D Street, NW
                                              Washington, DC 20530
                                              (202) 252-2529
                                              Tabitha.Bartholomew@usdoj.gov

                                          *Attorneys for the United States of America*

                                          */s/ Leslie Demaree Goldsmith*
                                          Leslie Demaree Goldsmith
                                          DC Bar #422759
                                          Sarah B. Miller
                                          DC Bar #997286
                                          BASS, BERRY & SIMS, PLC
                                          1201 Pennsylvania Avenue, NW, Suite 300
                                          Washington, DC 20004
                                          Telephone: (202) 827-7083
                                          leslie.goldsmith@bassberry.com
                                          smiller@bassberry.com

                                          *Attorneys for Plaintiffs*